UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**USDC-SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC#:**
**DATE FILED:** 1/22/20

TANYA CREATIONS, LLC,

                        Plaintiff,

            v.

ALM V LTD. et al.,

                        Defendants.

No. 20-CV-442 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

No later than January 24, 2020, Plaintiff shall inform the Court whether it intends to

oppose Defendants' request to transfer this action to the United States Bankruptcy Court for the

District of Delaware. *See* Dkt. 7, 8.

SO ORDERED.

Dated:    January 22, 2020
          New York, New York

Ronnie Abrams
United States District Judge